IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DECEMBER FAYE KLOCK**                                              **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:19-CV-656-HTW-JCG**

**C R BARD INCORPORATED, et al**                                  **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before this Court pursuant to the Report and Recommendation of United States Magistrate Judge John C. Gargiulo. Said document was filed on December 7, 2020 [**Docket no. 26**]. To date, Plaintiff has filed no objections to the Report and Recommendation of the United States Magistrate Judge.  Based upon the evidence therein contained, this Court finds the Report and Recommendation well-taken; therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 26]** is hereby **ADOPTED** as the order of this Court.

This Court, therefore, **DISMISSES** the Plaintiff's Complaint WITHOUT PREJUDICE. The parties are to bear their own costs.

**SO ORDERED AND ADJUDGED this the 20th day of May, 2021.**

**/s/HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**